IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



JAN 29 2021

Clerk, U.S. District Court
By: _____ Deputy Clerk

PAULINE RODOCK and )
ROBERT RODOCK )
  )
  Plaintiffs, )
  v. )   Case No. _____
  )
PATRICK B. MOORE, DDS., M.D. )
and Legends Dental )
Group and Orthodontics )
  )
  Defendants. )

## COMPLAINT

This, the Complaint of Pauline Rodock and Robert Rodock would show this Honorable Court, the following:

1. The defendants are:
   a) Patrick Moore, DDS, M.D., a dentist and oral surgeon with his principle place of business in Kansas City, Kansas.
   b) Legends Dental Group and Orthodontics, P.A., a professional association with it's principle place of business in Kansas City, Kansas.

   The plaintiff, Pauline Rodock, is a domiciliary of the state of Louisiana. The plaintiff, Robert Rodock, is a domiciliary of the state of Ohio. The plaintiffs are married, and currently reside in North Carolina.

2. This Court has subject matter jurisdiction pursuant to 28 USC § 1332 because there is complete diversity of citizenship between the plaintiffs and defendants and the amount in controversy exceeds $75,000. Exclusive of interest and costs.

3. Venue is proper in this Court in that the defendants' principle places of business are in Kansas City, Kansas. Further, the acts and omissions to act alleged all occurred in Kansas City, Kansas.

4. On or about February 2, 2019, at or about 2:30 p.m., Pauline Rodock, accompanied by her husband and three of her children, presented to Legends for a scheduled wisdom tooth extractions and fillings. She was immediately presented with a bill, purportedly for the services to be rendered, and to be paid in full prior to

proceeding. There was a discussion with office staff concerning discrepancies in the expected costs. The discussion continued with Dr. Moore, who pressured Rodock to decide whether to proceed or forfeit her deposit. Rodock reluctantly agreed to continue.

5. As Rodock was recovering from sedation, she felt, saw and heard the doctor, his nurses, and assistants lifting her shirt or blouse and bra and feeling while observing Rodock's breasts. The doctor, nurses and assistants made disparaging remarks about Rodock's appearance, all while apparently toasting the end of their day and their shared actions involving Rodock.

6. Rodock did not consent to being touched and threatened by Dr. Moore, his nurses, and assistants.

7. The defendants' acts and omissions to act caused Rodock and her family damages, both pecuniary and nonpecuniary. Dr. Moore is responsible for the liability of the nurses and assistants, whether vicariously or directly. Legends is responsible for the liability of Dr. Moore, the nurses, and assistants, whether vicariously, directly, or both.

8. The defendants are individually and jointly liable to the Rodocks for reasonable damages and reasonable costs.

WHEREFORE,

The Rodocks respectfully request that the Court enter an award and judgment in their favor, and against Dr. Moore and Legends for reasonable damages, reasonable costs, and such other and further relief as the Court deems appropriate. Plaintiffs demand a trial by jury on all claims and issues so triable.

Date: January 29, 2021

*Pauline Rodock*
Pauline Rodock
10 La Fiere St.
Fort Bragg, NC 28307
(337)207-6366
Pauline.rodock@gmail.com

*RRR*
Robert Rodock